# CRIMINAL COMPLAINT

| United States District Court | DISTRICT OF ARIZONA |
|---|---|
| United States of America<br>v.<br>**Carlos Armando Calixtro-Bustamante**<br>DOB: 1979; ~~United States Citizen~~; SSN: 4043<br>LPR | DOCKET NO.<br><br>OCT - 2 2009<br><br>MAGISTRATE'S CASE NO.<br>**09-08148M** |
| Complaint for violation of Title 18 | United States Code § 1203(a) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

From on or about August 23, 2009, and up to and including September 25, 2009, at or near Tucson, in the District of Arizona, **Carlos Armando Calixtro-Bustamante**, did knowingly and intentionally combine, conspire, confederate, and agree together and with various other persons known and unknown, to seize and detain and threaten to continue to detain a J. C. L.-T. and J. J. F. L.-C., both illegal aliens, in order to compel others of the two to pay an unknown amount of money, as a condition for the release of J. C. L.-T. and J. J. F. L.-C., in violation of Title 18, United States Code, Section 1203(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about September 23, 2009, a phone call was made to Immigration Customs Enforcement stating that her husband was being held hostage. Ultimately, agents discovered the house the individual was being held was located at 9950 South Oak Canyon Lane, Tucson, Arizona. At this residence, agents discovered a total of four illegal aliens. Among the individuals found at the residence were material witnesses J. C. L.-T. and J. J. F. L.-C. Based on a photo lineup, both material witnesses separately identified the defendant, **Carlos Armando Calixtro-Bustamante**, as one of the individuals that held them against their will. Material witness L.-C. identified **Calixtro-Bustamante** as a man with a "bent finger" and with a tattoo of Saint Jude on his forearm. L.-C. stated that **Calixtro-Bustamante** came into the room the material witness was being held and threatened everyone with a gun and said that "the boss" was requiring a smuggling fee of $2,300.00. L.-C.'s original smuggling fee was $1,500.00. L.-C. stated that on a few occasions, **Calixtro-Bustamante** physically hit him.

**Continued on the back...**

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
J. C. L.-T. and J. J. F. L.-C.

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY: AUSA MSX | SIGNATURE OF COMPLAINANT<br><br>*Jeffrey E. Ellis*<br>JEFFREY F. ELLIS<br><br>OFFICIAL TITLE<br>Immigration Customs Enforcement |
|---|---|
| Sworn to before me and subscribed in my presence.<br><br>SIGNATURE OF MAGISTRATE JUDGE | DATE<br>October 2, 2009 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

**Factual Basis Continued from the front...**          09-08148M

Material witness L.-T. made arrangements to be smuggled into the United States illegally for a fee of $,1800.00. L.-C. stated that another individual placed tape over her mouth, and **Calixtro-Bustamante** taped her ankles and her wrists behind her back. According to L.-C,. **Calixtro-Bustamante** was armed with a gun and was threatened every time she attempted to obtain the raised smuggling fee from her family. L.-C. also stated that she was forced to have sex with **Calixtro-Bustamante** and another man numerous times. L.-C. observed two tattoos on **Calixtro-Bustamante** located on his right upper arm and left forearm; she also noticed that **Calixtro-Bustamante** had a broken finger. **Calixtro-Bustamante** physically hit L.-C. while he forced her to have sex with him, ordered her to shower afterwards, and burnt L.C-.'s clothes.